*Archie Chesney,* pro se, the petitioner.

Submitted October 30—decided November 21, 1973

BRANSON INSTRUMENTS, INC. *v.* FAG BEARINGS CORPORATION

The plaintiff's motion to dismiss the appeal from the Superior Court in Fairfield County at Stamford is granted.

*James R. Fogarty, Jr.,* for the appellee (plaintiff).

*Frederick M. Tobin,* for the appellant (defendant).

Argued November 6—decided November 26, 1973